LDA

FILED
UNITED STATES DISTRICT COURT
DENVER, COLO.
APR 16 2007
GREGORY C. LANGHAM
CLERK

| | | |
|---|---|---|
| PROB 22<br>(D\CO 01/03)<br><br>**TRANSFER OF JURISDICTION** | | DOCKET NUMBER<br>01-cr-00141-RPM-01<br><br>DOCKET NUMBER<br>1:07-CR-053-01 ML |
| NAME OF PROBATIONER/SUPERVISED RELEASEE:<br><br>JOSEPH BRIGGS | DISTRICT<br>District of Colorado | DIVISION |
| | NAME OF SENTENCING JUDGE<br>Richard P. Matsch | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM 07/29/05 — TO 07/28/10 |

OFFENSE
Distribution of Lysergic Acid Diethylamide (LSD), 21 U.S.C. § 841(a)(1) and (b)(1)(A)(v)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE District of Colorado

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Rhode Island upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

March 22, 2007
*Date*

Richard P. Matsch
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE District of Rhode Island

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised release be accepted and assumed by this Court from and after the entry of this order.

April 11, 2007
*Effective Date*

Mary M. Lisi
*United States District Judge*