FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2001 APR 11 PM 3:04
JAMES R. MANSPEAKER
CLERK
BY ____________ DEP. CLK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-CR- 141-M

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSEPH BRIGGS,

Defendant.

---

**INDICTMENT**
**21 U.S.C. § 841(a)(1) and (b)(1)(A)(v)**

---

**COUNT I**

The Grand Jury charges that:

On or about January 19, 2001, in the State and District of Colorado, the defendant,

JOSEPH BRIGGS,

did knowingly, intentionally and unlawfully distribute ten (10) grams and more of a mixture or substance containing a detectable amount of lysergic acid diethylamide ("LSD") a Schedule I controlled substance.

I, the undersigned, Clerk of the United States District Court for the District of Colorado, do certify that the foregoing is a true copy of an original document remaining on file and record in my office.
WITNESS my hand and SEAL of said Court this 18th day of April '07
GREGORY C. LANGHAM
By ____________
Deputy
UNITED STATES DISTRICT COURT DISTRICT OF COLORADO

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(v).

A TRUE BILL

Patricia A. Thacker

FOREPERSON

RICHARD T. SPRIGGS
United States Attorney

Craig F. Wallace

By: CRAIG F. WALLACE
Assistant United States Attorney