TERMED

**U.S. District Court**
**District of Colorado (Denver)**
**CRIMINAL DOCKET FOR CASE #: 1:01-cr-00141-RPM All Defendants**
**Internal Use Only**

Case title: USA v. Briggs
Magistrate judge case number: 1:01-mj-00009

Date Filed: 04/11/2001
Date Terminated: 01/03/2002

---

Assigned to: Judge Richard P. Matsch

**Defendant**

**Joseph Briggs** (1)
*TERMINATED: 01/03/2002*

represented by **Nathan Dale Chambers**
Chambers Dansky & Mulvahill LLC
1601 Blake Street
#300
Denver, CO 80202
303-825-2222
Fax: 303-825-4010
Email: nchambers@ccdzlaw.com
*TERMINATED: 01/03/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

I, the undersigned, Clerk of the United States District Court for the District of Colorado, do certify that the foregoing is a true copy of an original document remaining on file and record in my office.
WITNESS my hand and SEAL of said Court this 18th day of April '07
GREGORY C. LANGHAM
By ______ Deputy

**Pending Counts**

21:841A=CD.F CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE
(1)

**Disposition**

imprisonment for 75 months; supervised release for 5 years; deft to participate in program of testing and trmt for drug abuse as directed by the P.O.; deft to pay for the cost of trmt; CVF of $100.00; deft remanded to the custody of the USM:

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints** | **Disposition**

None

**Plaintiff**

**USA**
*TERMINATED: 01/03/2002*

represented by **Craig F. Wallace**
Kain & Wallace, P.C.
P.O. Box 1981
225 North 5th Street
#611
Grand Junction, CO 81501
970-241-2969
*TERMINATED: 01/03/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/12/2001 | 1 | COMPLAINT against Joseph Briggs signed by Magistrate Judge Gudrun J. Rice AUSA Craig F. Wallace [ 1:01-m -9 ] (nmb) (Entered: 03/05/2001) |
| 02/12/2001 | 2 | ARREST Warrant issued for Joseph Briggs by Magistrate Judge Gudrun J. Rice [ 1:01-m -9 ] (nmb) (Entered: 03/05/2001) |
| 02/28/2001 | 5 | PETITION for Writ of Habeas Corpus Ad Prosequendum [ 1:01-m -9 ] (klt) (Entered: 03/06/2001) |
| 03/01/2001 | | ARREST of defendant Joseph Briggs on 3/1/01 [ 1:01-m -9 ] (nmb) (Entered: 03/05/2001) |
| 03/01/2001 | 3 | COURTROOM MINUTES OF INITIAL APPEARANCE before Magistrate Judge Gudrun J. Rice initial appearance of Joseph Briggs without counsel; counsel retained , ; preliminary/removal/indentity hearing set for 10:30 for Joseph Briggs, for USA before Magistrate Judge A. Coan as to Joseph Briggs Court Reporter: Tape 01-GR-15 [ 1:01-m - 9 ] (nmb) (Entered: 03/05/2001) |
| 03/01/2001 | 4 | ORDER of Temporary Detention Pending Hearing Pursuant to Bail Reform Act by Magistrate Judge Gudrun J. Rice as to Joseph Briggs [ 1:01-m -9 ] (nmb) (Entered: 03/05/2001) |
| 03/01/2001 | 6 | WRIT Ad Prosequendum signed by Magistrate Judge Rice [ 1:01-m -9 ] (klt) (Entered: 03/06/2001) |
| 03/06/2001 | 7 | ARREST Warrant returned executed as to Joseph Briggs on 3/1/01 [ 1:01-m -9 ] (nmb) (Entered: 03/06/2001) |
| 03/06/2001 | 8 | COURTROOM MINUTES OF Detention and Preliminary Hearing before Magistrate Judge Patricia A. Coan upon oral motion and dft |

Case 1:07-cr-00053-ML-LDA Document 2-4 Filed 04/23/2007 Page 3 of 6

| | | |
|---|---|---|
| | | waiver, preliminary exam and detention hearing are reset to 1:30 3/23/01 for Joseph Briggs; dft remanded Court Reporter: Tape # CR 01-39 [ 1:01-m -9 ] (klt) (Entered: 03/07/2001) |
| 03/23/2001 | 9 | MINUTE ORDER; before Magistrate Judge Patricia A. Coan ; preliminary exam set for 2:00 3/26/01 for Joseph Briggs before Magistrate Judge O. E. Schlatter ; detention hearing set for 2:00 3/26/01 for Joseph Briggs as to Joseph Briggs [ 1:01-m -9 ] (former empl) (Entered: 03/27/2001) |
| 03/26/2001 | 10 | COURTROOM MINUTES OF Detention and Preliminary hearing before Magistrate Judge O. E. Schlatter dft waived prelim; dft found to be flight risk and danger to community; dft to be detained pending trial; arraignment and disc conf set for 1:30 4/12/01 for Joseph Briggs; Court Reporter: Tape #CR 01-47 [ 1:01-m -9 ] (klt) (Entered: 03/27/2001) |
| 03/27/2001 | 11 | WAIVER of Preliminary Hearing by Joseph Briggs [ 1:01-m -9 ] (klt) (Entered: 03/27/2001) |
| 03/28/2001 | 12 | ORDER by Magistrate Judge O. E. Schlatter to detain as to Joseph Briggs (Cert of Mailing) [ 1:01-m -9 ] (former empl) (Entered: 04/02/2001) |
| 04/11/2001 | 13 | INDICTMENT by USA Counts filed against Joseph Briggs (1) count(s) 1 (klt) (Entered: 04/11/2001) |
| 04/12/2001 | 14 | COURTROOM MINUTES OF ARRAIGNMENT before Magistrate Judge O. E. Schlatter; dft Joseph Briggs arraigned; NOT GUILTY plea entered; Attorney present; 30 day min to trial 5/11/01; 70 day max to trial 6/20/01; 90 day custody limit 5/30/01`; ORDER: disc conf set for 1:30 4/19/01 for Joseph Briggs; deft remanded Court Reporter: Tape 01-54 (ecm) (Entered: 04/16/2001) |
| 04/12/2001 | 15 | SUBSTITUTION of Attorney Nathan Dale Chambers replacing Stephen L. Alonzi (ecm) (Entered: 04/17/2001) |
| 04/19/2001 | 16 | ORDER by Judge Richard P. Matsch; jury trial set for 8:30 6/18/01 for Joseph Briggs; pretrial motions due 5/11/01 for Joseph Briggs (Cert of Mailing) (ecm) (Entered: 04/20/2001) |
| 04/19/2001 | 17 | COURTROOM MINUTES OF DISCOVERY CONFERENCE before Magistrate Judge Boyd N. Boland; deft Joseph Briggs appearance was waived; discov. rpt. executed; Court Reporter: Tape (ecm) (Entered: 04/23/2001) |
| 04/19/2001 | 18 | DISCOVERY HEARING REPORT before Magistrate Judge Boyd N. Boland; 2-3 estimated trial days as to Joseph Briggs (ecm) (Entered: 04/23/2001) |
| 05/03/2001 | 19 | MINUTE ORDER before Judge Richard P. Matsch; motions hearing set for 11:00 5/16/01 as to Joseph Briggs (ecm) (Entered: 05/04/2001) |
| 05/03/2001 | 20 | MOTION For Particularized Discovery Concerning Informants by Joseph Briggs (ecm) (Entered: 05/04/2001) |

Case 1:07-cr-00053-ML-LDA Document 2-4 Filed 04/23/2007 Page 4 of 6

| | | |
|---|---|---|
| 05/03/2001 | 21 | MOTION For Disclosure of Confidential Informants, Cooperating Witnesses, and Prosecution Witnesses Whose Identity is Presently Withheld by Joseph Briggs (ecm) (Entered: 05/04/2001) |
| 05/03/2001 | 22 | MOTION For Disclosure of Pursuant to Rules 404(b) and 609 of the F.R.Ev. by Joseph Briggs (ecm) (Entered: 05/04/2001) |
| 05/04/2001 | 23 | MINUTE ORDER before Judge Richard P. Matsch; the motions hearing is reset to 2:00 6/1/01 for Joseph Briggs (ecm) (Entered: 05/07/2001) |
| 05/22/2001 | 24 | COMBINED RESPONSE by USA to Defendant's Pretrial Motions (ecm) (Entered: 05/29/2001) |
| 05/30/2001 | 25 | JOINT MOTION To Continue (SEALED) by Joseph Briggs (ecm) (Entered: 05/31/2001) |
| 06/01/2001 | 26 | COURTROOM MINUTES OF MOTIONS HEARING before Judge Richard P. Matsch; pretrial motions due 6/25/01 for Joseph Briggs; jury trial reset to 8/6/01 for Joseph Briggs Court Reporter: ECR Kathy Terasaki (ecm) (Entered: 06/04/2001) |
| 06/01/2001 | 27 | ORDER by Judge Richard P. Matsch; pretrial motions due 6/22/01 for Joseph Briggs; jury trial is reset to 8:30 8/6/01 for Joseph Briggs (Cert of Mailing) (ecm) (Entered: 06/04/2001) |
| 06/28/2001 | 28 | NOTICE OF DISPOSITION by Joseph Briggs (ecm) (Entered: 06/29/2001) |
| 07/19/2001 | 29 | NOTICE OF DISPOSITION by Joseph Briggs (ecm) (Entered: 07/20/2001) |
| 07/20/2001 | 30 | MINUTE ORDER before Judge Richard P. Matsch; the jury trial is VACATED and a change of plea hearing set for 2:00 8/6/01 for Joseph Briggs (ecm) (Entered: 07/23/2001) |
| 07/31/2001 | 31 | MOTION To Continue Change of Plea Hearing by USA regarding Joseph Briggs (ecm) (Entered: 08/01/2001) |
| 07/31/2001 | 32 | MINUTE ORDER before Judge Richard P. Matsch GRANTING Motion To Continue Change of Plea Hearing [31-1]; change of plea hearing is reset to 10:00 8/23/01 for Joseph Briggs (ecm) (Entered: 08/01/2001) |
| 08/23/2001 | 33 | PLEA Agreement as to Joseph Briggs (ecm) (Entered: 08/27/2001) |
| 08/23/2001 | 34 | STATEMENT IN ADVANCE OF PLEA OF GUILTY by Joseph Briggs (ecm) (Entered: 08/27/2001) |
| 08/23/2001 | 35 | PLEA Agreement as to Joseph Briggs (ecm) (Entered: 08/27/2001) |
| 08/23/2001 | 36 | COURTROOM MINUTES OF CHANGE OF PLEA before Judge Edward W. Nottingham; GUILTY plea entered to ct. 1 by Joseph Briggs; sentencing hearing set for 9:30 11/2/01 for Joseph Briggs; counsel requests that deft remain available for further proceedings by being housed at the FDC, the court directs the AUSA to make efforts to arrange such housing; deft remanded Court Reporter: Therese Lindblom (ecm) |

Case 1:07-cr-00053-ML-LDA Document 2-4 Filed 04/23/2007 Page 5 of 6

| | | |
|---|---|---|
| | | (Entered: 08/27/2001) |
| 08/24/2001 | 37 | MINUTE ORDER before Judge Richard P. Matsch; sentencing hearing set for 10:00 11/9/01 for Joseph Briggs (ecm) (Entered: 08/29/2001) |
| 08/27/2001 | 38 | ORDER Concerning Presentence Investigation and Report by Judge Richard P. Matsch as to Joseph Briggs (ecm) (Entered: 08/29/2001) |
| 10/04/2001 | 39 | MINUTE ORDER; before Judge Richard P. Matsch ; sentencing hearing re-set for 10:00 11/30/01 for Joseph Briggs as to Joseph Briggs (former empl) (Entered: 10/05/2001) |
| 11/01/2001 | 40 | Sentencing Letter ; sentencing hearing set for 10:00 11/30/01 for Joseph Briggs ; Objections Due 11/15/01 for Joseph Briggs ; final report due 11/20/01 for Joseph Briggs (ecm) (Entered: 11/02/2001) |
| 11/20/2001 | 41 | CERTIFICATE of mailing from probation that the addendum to the PSI was mailed this date re: Joseph Briggs. (former empl) (Entered: 11/21/2001) |
| 11/20/2001 | 42 | MINUTE ORDER; before Judge Richard P. Matsch ; sentencing hearing set for 11:00 12/7/01 for Joseph Briggs as to Joseph Briggs (former empl) (Entered: 11/21/2001) |
| 11/27/2001 | 45 | RESPONSE by USA to Defendant's Sentencing Statement (ecm) (Entered: 12/03/2001) |
| 11/29/2001 | 43 | MOTION To Continue Sentencing Hearing by Joseph Briggs (ecm) (Entered: 11/30/2001) |
| 11/29/2001 | 44 | MINUTE ORDER before Judge Richard P. Matsch GRANTING Motion To Continue Sentencing Hearing [43-1]; sentencing hearing cont. to 11:00 1/3/02 for Joseph Briggs (ecm) (Entered: 11/30/2001) |
| 12/31/2001 | 46 | MOTION Pursuant to 5k1 departure by USA regarding Joseph Briggs (ecm) (Entered: 01/02/2002) |
| 01/03/2002 | 47 | COURTROOM MINUTES OF SENTENCING before Judge Richard P. Matsch sentencing Joseph Briggs (1) count(s) 1. imprisonment for 75 months; supervised release for 5 years; deft to participate in program of testing and trmt for drug abuse as directed by the P.O.; deft to pay for the cost of trmt; CVF of $100.00; deft remanded to the custody of the USM: govt's motion for downward depature is granted terminating party Joseph Briggs, party USA case terminated Court Reporter: Kathy Terasaki (former empl) (Entered: 01/04/2002) |
| 01/04/2002 | 48 | JUDGMENT and Commitment signed as to Joseph Briggs by Judge Richard P. Matsch; eod 1/7/02 (copies distrib) (ecm) (Entered: 01/07/2002) |
| 02/04/2002 | 49 | MOTION For Permission to Disclose Presentence Report by Joseph Briggs (ecm) (Entered: 02/05/2002) |
| 02/05/2002 | 50 | ORDER by Judge Richard P. Matsch GRANTING Motion For Permission to Disclose Presentence Report [49-1] (Cert of Mailing) |

| | | |
|---|---|---|
| | | (ecm) (Entered: 02/06/2002) |
| 03/25/2002 | 51 | JUDGMENT and Commitment returned executed on 3/14/02 as to Joseph Briggs deft delviered to MCFP, Springfield, MO. (former empl) (Entered: 03/26/2002) |
| 01/15/2003 | 52 | TRANSCRIPT of Sentencing dated 1/3/02; copy; ( 17 pages) Prepared By: Federal Reporting (ecm) (Entered: 01/16/2003) |
| 04/18/2007 | 53 | Probation/Supervised Release Jurisdiction Transferred to District of Rhode Island as to Joseph Briggs Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (Attachments: # 1 transfer letter)(tll, ) (Entered: 04/18/2007) |